UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BENJAMIN RITCHIE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:08-cv-00503-RLY-MJD ) |
| RON NEAL, | ) ) ) |
| Respondent. | ) |

**Order Setting Briefing Schedule for Motion to Stay Execution**

Benjamin Ritchie is a state prisoner scheduled to be executed before sunrise on May 20, 2025. On May 7, 2025, he filed a motion for relief from judgment, seeking to reopen these habeas corpus proceedings under 28 U.S.C. § 2254. Dkt. 64. He has also filed an emergency motion to stay execution. Dkt. 65.

The respondent shall have through **Tuesday, May 13, 2025, at 11:59 p.m.,** to respond to the motion to stay execution. The petitioner shall have through **Thursday, May 15, 2025, at 12:00 noon,** to file a reply.

**IT IS SO ORDERED.**

Date: 5/08/2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DANIEL LAWLESS
Federal Community Defender Office for the Eastern District of Pennsylvania
daniel_lawless@fd.org

SHAWN NOLAN
Federal Community Defender Office for the Eastern District of Pennsylvania
shawn_nolan@fd.org

JESSE R. DRUM
Office of Indiana Attorney General
jesse.drum@atg.in.gov

TYLER BANKS
Office of Indiana Attorney General
tyler.banks@atg.in.gov